IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SHANI GOLDSMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:04-CV-221 (DF) |
| | § | |
| LOWE'S HOME CENTERS, INC. AND | § | |
| BRETT CHARLTON, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

By Order of May 1, 2006, the Court granted Plaintiff's Motion to Dismiss in the above captioned matter against the last remaining defendant, Brett Charlton. Accordingly, it is **ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE.** Any pending motions not expressly granted are hereby **DENIED**.

SIGNED this 2nd day of May, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE